**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| SEIZURE OF: ) | **ORDER** |
| ) | |
| $50,000.00 IN UNITED STATES ) | Case No.  1:09-mj-028 |
| CURRENCY ) | |

On motion of the Government and for the reasons stated in support of its motion, it is **ORDERED** that the Seizure Warrant and Application and Affidavit for Seizure Warrant, with attachments, including the Affidavit of Special Agent Marc E. Laurie, Special Agent, Drug Enforcement Administration, Seizure Warrant Return, and the Government's Motion to Seal, are sealed until further order of the court.

Dated this 16th day of April, 2009.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge